| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

SAMUEL DAVID PACHECO, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-13
§
S. GUSTAFASON, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Samuel David Pacheco, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissal of this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    The court has received the magistrate judge's Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

    Accordingly, the findings of fact and conclusions set forth in the magistrate judge's Report and Recommendation are correct and the report is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit pursuant to Federal Rule of Civil Procedure 4(m).

    SIGNED at Beaumont, Texas, this 4th day of September, 2019.

                                                                         MARCIA A. CRONE
                                                                   UNITED STATES DISTRICT JUDGE